UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>William Charles Cooper #098578 | Case No.  15-mc-80169-JD<br><br>**ORDER OF SUSPENSION** |

On June 11, 2015, the Court issued an order to show cause, suspending attorney William Charles Cooper on an interim basis.  It did so because notice had been received that Mr. Cooper's status with the State Bar of California had been changed to inactive "pursuant to Section 6007 of the Business and Professions Code and [he] may not practice law while so enrolled effective March 12, 2015."  Dkt. No. 1.  Mr. Cooper was permitted to file by July 21, 2015, a response "meeting the requirements of Civil Local Rule 11-7(b)(2)."  *Id*.

Mr. Cooper instead mailed in a "personal and confidential" letter, which has now been made a part of the docket.  Dkt. No. 2.  As a preliminary matter, correspondence with the Court that pertains to an active matter should <u>not</u> be labeled "personal and confidential" and must instead be filed on the public docket.

But that is a minor error in light of the letter overall.  Mr. Cooper states that he has never been subject to "a 'SECTION 6007' of the Business and Professional Code," but he does admit that he "stipulated to charges of misconduct for falsely reporting MCLE compliance" and that he was "placed on probation for one year, subject to the condition of being 'actually' suspended from the practice of law for the first 30 days of probation (only), effective March 12, 2015."  Dkt. No. 2.  On this basis, Mr. Cooper "respectfully" requests that the Court "'check out' your sources, get the information correct, and make this 'matter' go away."  *Id*.

United States District Court
Northern District of California

United States District Court
Northern District of California

1        Mr. Cooper's disrespectful and demanding tone is entirely inappropriate, and the Court

2  will impose sanctions should he address the Court in that manner again in the future.  As for the

3  substance of this matter, although it appears the California State Bar may have misreported the

4  statutory section pursuant to which Mr. Cooper was disciplined, Mr. Cooper himself admits the

5  salient fact that he was actually suspended from the practice of law for 30 days, effective March

6  12, 2015.  Dkt. No. 2.

7        That fact by itself is sufficient to support an order of suspension as a matter of reciprocal

8  discipline under Civil Local Rule 11-7(a).  This case does not fall under the exception provided in

9  Rule 11-1(g), because Mr. Cooper's suspension was not for "less than 30 days."  Nor was it akin

10  to a temporary, reversible suspension for a "failure to submit documentation of compliance with

11  continuing education requirements" under Rule 11-1(g)(1)(D); rather, the 30-day suspension was

12  imposed on Mr. Cooper as a disciplinary measure because he had admitted to falsifying his MCLE

13  compliance report with the State Bar.  Finally, Mr. Cooper's letter contains no grounds for setting

14  aside the Court's prior order under Civil Local Rule 11-7(b)(2).

15        Consequently, Mr. Cooper's membership in the bar of this Court is hereby suspended.  As

16  stated in Civil Local Rule 11-7(b)(3), Mr. Cooper may seek reinstatement by filing a petition for

17  admission with the Clerk as provided in Civil Local Rule 11-1(c) and paying the admission fee in

18  accordance with 11-1(d).  Should he choose to do so, Mr. Cooper is admonished that all members

19  of the bar of this Court are expected to conduct themselves with the utmost honesty and courtesy,

20  and anything less will not be tolerated nor excused.

21        **IT IS SO ORDERED**.

22  Dated:  August 6, 2015

23

24                 _____
                    JAMES DONATO
                    United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

William Charles Cooper #098578

Case No.  15-mc-80169-JD

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 8/6/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Charles Cooper
13784 Rocky Top Road
Sonora, CA 95370-8538

Dated: 8/6/2015

Richard W. Wieking
Clerk, United States District Court

<<s>>
By:__ _____
Nikki Riley for Lisa R. Clark,
Deputy Clerk to the
Honorable James Donato